**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
**BODE & GRENIER, L.L.P.**          )
    **1150 Connecticut Avenue, NW** )
    **Ninth Floor**               )
    **Washington, D.C. 20036**    )
                                    )
    **Plaintiff, Counter-Defendant** )
                                    )
    **v.**                        )   **Case No.: 08-cv-1323 (RWR)**
                                    )
**CARROLL L. KNIGHT**               )
    **32214 Old Timber Road**     )
    **Farmington Hill, Michigan 48018** )
                                    )
    **- and -**                   )
                                    )
**DELTA FUELS, INC.**               )
    **40600 Grand River**         )
    **Novi, Michigan 48375**      )
                                    )
    **- and -**                   )
                                    )
**DELTA FUELS OF MICHIGAN, INC.**   )
    **40600 Grand River**         )
    **Novi, Michigan 48375**      )
                                    )
    **- and -**                   )
                                    )
**KNIGHT ENTERPRISES, INC.**        )
    **40600 Grand River**         )
    **Novi, Michigan 48375**      )
                                    )
    **Defendants, Counterclaimants.** )
_____ )

## NOTICE REGARDING FILING OF SEALED MATERIAL

    Notice is given that a Sealed Attachment was filed in paper format with the Court.

This document is not available for public viewing.

        Respectfully submitted,

        BODE & GRENIER, L.L.P.

        *Michael K. Hibey /s/*
By:  Michael K. Hibey (D.C. Bar #502890)
        1150 Connecticut Avenue, N.W.
        Ninth Floor
        Washington, D.C. 20036
        (202) 828-4100
        (202) 828-4130
        *Counsel for Plaintiff*

**Date: August 27, 2008**

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August 2008, I served a true and accurate copy of the foregoing Notice Regarding Filing of Sealed Material, by electronic filing upon:

    Vaughn W. Royal, Esq.
    Chevy Chase Pavilion, Suite 440
    5335 Wisconsin Avenue, N.W.
    Washington, D.C. 20015
    *Counsel for Defendants*

    Paul T. O'Neill, Esq.
    615 Griswold Street
    Suite 1300
    Detroit, Michigan 48226
    *Counsel for Defendants*

        *Michael K. Hibey /s/*
        Michael K. Hibey