IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BODE & GRENIER, L.L.P. <br> 1150 Connecticut Avenue, NW <br> Ninth Floor <br> Washington, D.C.  20036 <br><br> Plaintiff, <br><br> -vs- <br><br><br> CARROLL L. KNIGHT, <br> 32214 Old Timber Road <br> Farmington Hills, MI 48018 <br><br> -and- <br><br> DELTA FUELS, INC., <br> 40600 Grand River <br> Novi, Michigan 48375 <br><br> -and- <br><br> DELTA FUELS OF MICHIGAN, INC., <br> 40600 Grand River <br> Novi, Michigan 48375 <br><br> -and- <br><br> KNIGHT ENTERPRISES, INC., <br> 40600 Grand River <br> Novi, Michigan 48375 <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No: 08-01323    (RWR/DAR) <br><br><br> Hon. Richard W. Roberts <br><br> Magistrate Deborah A. Robinson |

### **NOTICE BY DEFENDANTS REGARDING LEGAL DEFENSE OF DURESS**

NOW COMES, the Defendants, CARROLL L. KNIGHT, DELTA FUELS, INC., DELTA FUELS OF MICHIGAN, INC., and KNIGHT ENTERPRISES, INC., by and through their undersigned attorneys, and hereby give notice to the Court and all interested parties that the

1

legal defense of duress during the formation of the contract (the Retention Letter) will not be argued by the Defendants during trial.

          Respectfully submitted,

          GIARMARCO, MULLINS & HORTON, P.C.

          /s/ Daniel J. Kelly
          DANIEL J. KELLY
          Attorney for Defendants
          101 W. Big Beaver Road, 10th Floor
          Troy, MI  48084

Dated:  October 11, 2012

## CERTIFICATE OF SERVICE

Daniel J. Kelly hereby states that on 11th day of October, 2012, he caused the foregoing notice to be filed electronically with the United States District Court for the District of Columbia and that copies of said motion were forwarded to all counsel of record using the ecf system.

          /s/  Daniel J. Kelly