IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BODE & GRENIER, L.L.P. <br> 1150 Connecticut Avenue, NW <br> Ninth Floor <br> Washington, D.C. 20036 <br><br> Plaintiff, <br><br> -vs- <br><br><br> CARROLL L. KNIGHT, <br> 32214 Old Timber Road <br> Farmington Hills, MI 48018 <br><br> -and- <br><br> DELTA FUELS, INC., <br> 40600 Grand River <br> Novi, Michigan 48375 <br><br> -and- <br><br> DELTA FUELS OF MICHIGAN, INC., <br> 40600 Grand River <br> Novi, Michigan 48375 <br><br> -and- <br><br> KNIGHT ENTERPRISES, INC., <br> 40600 Grand River <br> Novi, Michigan 48375 <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No: 08-01323   (RWR/DAR) <br><br><br> Hon. Richard W. Roberts <br><br> Magistrate Deborah A. Robinson |

## NOTICE BY DEFENDANTS REGARDING
## CALLING RANDALL OGG AS A WITNESS

NOW COMES, the Defendants, CARROLL L. KNIGHT, DELTA FUELS, INC., DELTA FUELS OF MICHIGAN, INC., and KNIGHT ENTERPRISES, INC., by and through their undersigned attorneys, and hereby give notice to the Court and all interested parties that the

1

Defendants will not be calling Mr. Randall Ogg, current counsel for Plaintiff, as a witness in this matter.

                        Respectfully submitted,

                        GIARMARCO, MULLINS & HORTON, P.C.

                        */s/ Daniel J. Kelly*
                        DANIEL J. KELLY
                        Attorney for Defendants
                        101 W. Big Beaver Road, 10th Floor
                        Troy, MI  48084

Dated:  October 11, 2012

**CERTIFICATE OF SERVICE**

Daniel J. Kelly hereby states that on 11th day of October, 2012, he caused the foregoing notice to be filed electronically with the United States District Court for the District of Columbia and that copies of said motion were forwarded to all counsel of record using the ecf system.

                        */s/  Daniel J. Kelly*