# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BODE & GRENIER, LLP,

     Plaintiff,

     v.

     Civil Action No.  08-1323
     DAR

CARROLL L. KNIGHT, et al.,

     Defendants.

Appearances:     Randell C. Ogg, Esquire
THE LAW OFFICES OF RANDELL C. OGG
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, DC   20036

Andre M. Gregorian, Esquire
BODE & GRENIER, LLP
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, DC   20036

Counsel for Plaintiff

Daniel J. Kelly, Esquire
GIARMARCO, MULLINS & HORTON, PC
101 W. Big Beaver Road
10th Floor
Troy, MI   48084

Vaughn W. Royal, Esquire
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, DC   20015

Counsel for Defendants

Bode & Grenier, LLP v. Knight, et al.                                                                    2

## FINAL PRETRIAL ORDER

Counsel for the parties appeared before the undersigned United States Magistrate Judge on October 9, 2012 for a final pretrial conference.  Discovery has been completed, and trial is scheduled to commence on November 13, 2012.

This order is entered pursuant to Rule 16(e) of the Federal Rules of Civil Procedure and Local Civil Rule 16.5(a)(3), and shall control the subsequent course of this action unless modified, in accordance with those rules, by further order.

### Nature of the Cause of Action; the Parties' Contentions

This is an action to recover unpaid fees for legal services performed by Plaintiff. Plaintiff's unopposed motion to dismiss Count III and Count IV of its Amended Complaint, *see* Plaintiff's Pretrial Statement at 2 n.1, is GRANTED.  Defendants accept Plaintiff's Proposed Stipulations of Fact 6, 7 and 8, *see* Plaintiff's Pretrial Statement at 9-10.

Defendants deny their obligation to pay said fees.  On the record during the course of the final pretrial conference, the court granted Plaintiff's motion to strike the defenses of (1) duress and (2) failure to comply with conditions precedent and failure of consideration, *see* 10/09/2012 Minute Entry, and ordered that Defendants file any motion for leave to amend their answer to include such defenses by no later than October 11, 2012.

### Witnesses

Without objection, the schedule of witnesses included in Plaintiff's Pretrial Statement is incorporated herein.

By no later than October 11, 2012, Defendants shall supplement their schedule of witnesses to identify by name the "[o]ther attorneys and/or assistants or paralegals currently or formerly employed by Bode and Grenier, LLP" whom Defendant's intend to call, *see* Defendants' Pretrial Statement at 4, Defendants intend to call, and otherwise to comply with LcvR 16.5(b)(5).

Bode & Grenier, LLP v. Knight, et al.                                                                 3

**Exhibits**

  Without objection, the witness list included in Plaintiff's Pretrial Statement is incorporated herein.  No later than October 11, 2012, Plaintiff, in accordance with its offer to do so, shall provide an additional copy of Plaintiff's exhibits 15-47 to counsel for Defendants.

  By no later than October 11, 2012, Defendants shall supplement their exhibit list, *see* Defendants' Pretrial Statement at 5, to fully comply with the requirements of LCvR 16(b)(6). Defendants may offer the transcript of the deposition of William H. Bode, *see* Defendants' Pretrial Statement at 4, soley for the purpose of impeachment.  In all other respects, the exhibit list included in Defendants' Pretrial Statement is incorporated herein.


**Other Pretrial Matters**

  Counsel shall continue to meet and confer regarding the viability of Defendants' jury demand after the dismissal, on the unopposed motion of Plaintiff, of Count III and Count IV of Plaintiff's amended complaint.  By no later than October 26, 2012, the parties shall jointly file a status report in which they indicate whether an agreement has been reached; if the parties have not reached an agreement, then, in addition, each side shall state its contention, accompanied by citations to applicable authorities, regarding the continued viability of Defendants' jury demand.


It is **SO ORDERED**.



October 15, 2012 _____
DATE                                                            _____ /s/ _____
            DEBORAH A. ROBINSON
            United States Magistrate Judge



October 9, 2012 _____
NUNC PRO TUNC